# United States Bankruptcy Court
## Northern District of Georgia

In re   **Amy Elizabeth Barnes**                                              Case No.
                    Debtor(s)                                                 Chapter   **13**

## PAYMENT ADVICES COVER SHEET
## UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

I,  **Amy Elizabeth Barnes** , declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

[✓]  I have not been employed by any employer within the 60 days before the date of the filing of the petition. I am self-employed.

[ ]  I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because

[ ]  I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.

Date  **July 8, 2016**                    Signature  **/s/ Amy Elizabeth Barnes**
                                                     **Amy Elizabeth Barnes**
                                                     Debtor