UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

|  |  |
|---|---|
| IN RE: ) | CASE NO. 16-62019-MGD |
| AMY ELIZABETH BARNES ) | CHAPTER 13 |
| DEBTOR ) | Judge Mary Grace Diehl |
| ) |  |

**NOTICE OF APPEARANCE OF FEDERAL NATIONAL MORTGAGE ASSOCIATION PURSUANT TO BANKRUPTCY RULE 9010 (b) AND REQUEST FOR NOTICES UNDER BANKRUPTCY RULE 2002 REGARDING PROPERTY DESCRIBED AS 886 WANDA CIRCLE SOUTHWEST, MARIETTA, GA 30008 AND THAT CERTAIN LOAN MORE SPECIFICALLY IDENTIFIED AS LOAN NUMBER *******0550**

NOW COMES Federal National Mortgage Association by and through its attorney Brock and Scott, pursuant to Bankruptcy Rule 9010 (b) and makes its appearance as a secured creditor in this cause and requests that it be noticed on all pleadings, documents and hearings; that it receive copies of all documents; and be added to the matrix to be served at the addresses below:

Brock and Scott
5121 Parkway Plaza Boulevard, Suite 300
Charlotte, NC 28217
gabkr@brockandscott.com

Seterus, Inc.
14523 SW Millikan Way
Ste 200
Beaverton, OR 97005

The undersigned counsel's filing of this notice is limited to the instant case noted above and should not be construed as unlimited representation of the Creditor with respect to any and all matters, proceedings, or actions that may be taken in the instant case or any associated case or proceeding involving the above named Creditor.

RESPECTFULLY SUBMITTED,

/s/ Travis E. Menk
Travis E. Menk (GA. Bar No. 632610)
Brock and Scott, PLLC
5121 Parkway Plaza Boulevard, Suite 300
Charlotte, NC 28217
Phone: (704) 643-0290
Fax (704) 369-0760
Travis.Menk@brockandscott.com

CERTIFICATE OF SERVICE

    I, the undersigned, hereby certify that a true and exact copy of the foregoing Notice of Appearance has been electronically served or mailed, postage prepaid on July 18, 2016 to the following:

Amy Elizabeth Barnes
886 Wanda Circle SW
Marietta, GA 30008


Howard P. Slomka
2nd Floor
1069 Spring Street, NW
Atlanta, GA 30309


Mary Ida Townson
Suite 2200
191 Peachtree Street, NE
Atlanta, GA 30303-1740




                                        /s/ Demetrois Meadows
                                        Demetrois Meadows