# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

IN RE:

AMY E. BARNES,  :  CHAPTER 13
                :
        Debtor. :  CASE NO.: 16-62019-MGD
                :
                :

## COVER SHEET FOR AMENDMENT SCHEDULES I & J

Schedules I and J have been amended.

Also included with this amendment are the Amended Summary of Schedules, Amended Statistical Summary and Declaration of Schedules.

DATE: October 18, 2016

_____/s/_____
Howard Slomka
Georgia Bar # 652875
The Slomka Law Firm, P.C.
Attorney for Debtor
1069 Spring Street, NW, 2nd Floor
Atlanta, GA 30309
Tel. (678)732-0001

**Fill in this information to identify your case:**

Debtor 1: **Amy Elizabeth Barnes**

Debtor 2 (Spouse, if filing):

United States Bankruptcy Court for the: NORTHERN DISTRICT OF GEORGIA

Case number (If known): **16-62019**

Check if this is:
- ☒ An amended filing
- ☐ A supplement showing postpetition chapter 13 income as of the following date:
  MM / DD/ YYYY

# Official Form 106I
## Schedule I: Your Income        12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

   | | Debtor 1 | Debtor 2 or non-filing spouse |
   |---|---|---|
   | Employment status | ☒ Employed ☐ Not employed | ☐ Employed ☐ Not employed |
   | Occupation | self-employed | |
   | Employer's name | | |
   | Employer's address | 886 Wanda Circle SW<br>Marietta, GA 30008 | |
   | How long employed there? | 20 years | |

### Part 2: Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | $ 0.00 | $ N/A |
| 3. | Estimate and list monthly overtime pay. | +$ 0.00 | +$ N/A |
| 4. | Calculate gross Income. Add line 2 + line 3. | $ 0.00 | $ N/A |

Official Form 106I    Schedule I: Your Income    page 1

Debtor 1  **Amy Elizabeth Barnes**  Case number (if known) **16-62019**

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
|  | Copy line 4 here  4. | $ 0.00 | $ N/A |

5. List all payroll deductions:

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. | Tax, Medicare, and Social Security deductions | 5a. | $ 0.00 | $ N/A |
| 5b. | Mandatory contributions for retirement plans | 5b. | $ 0.00 | $ N/A |
| 5c. | Voluntary contributions for retirement plans | 5c. | $ 0.00 | $ N/A |
| 5d. | Required repayments of retirement fund loans | 5d. | $ 0.00 | $ N/A |
| 5e. | Insurance | 5e. | $ 0.00 | $ N/A |
| 5f. | Domestic support obligations | 5f. | $ 0.00 | $ N/A |
| 5g. | Union dues | 5g. | $ 0.00 | $ N/A |
| 5h. | Other deductions. Specify: _____ | 5h.+ | $ 0.00 + | $ N/A |

6. Add the payroll deductions. Add lines 5a+5b+5c+5d+5e+5f+5g+5h.  6.  $ 0.00   $ N/A

7. Calculate total monthly take-home pay. Subtract line 6 from line 4.  7.  $ 0.00   $ N/A

8. List all other income regularly received:

   8a. Net income from rental property and from operating a business, profession, or farm
   Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.   8a.  $ 1,500.00   $ N/A

   8b. Interest and dividends   8b.  $ 0.00   $ N/A

   8c. Family support payments that you, a non-filing spouse, or a dependent regularly receive
   Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.   8c.  $ 500.00   $ N/A

   8d. Unemployment compensation   8d.  $ 0.00   $ N/A

   8e. Social Security   8e.  $ 0.00   $ N/A

   8f. Other government assistance that you regularly receive
   Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.
   Specify: _____   8f.  $ 0.00   $ N/A

   8g. Pension or retirement income   8g.  $ 0.00   $ N/A

   8h. Other monthly income. Specify: **Uber driving**   8h.+  $ 1,300.00 + $ N/A

9. Add all other income. Add lines 8a+8b+8c+8d+8e+8f+8g+8h.   9.  $ 3,300.00   $ N/A

10. Calculate monthly income. Add line 7 + line 9.   10.  $ 3,300.00 + $ N/A = $ 3,300.00
    Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11. State all other regular contributions to the expenses that you list in *Schedule J*.
    Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
    Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
    Specify: _____   11.  +$ 0.00

12. Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income.
    Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies   12.  $ 3,300.00
    Combined monthly income

13. Do you expect an increase or decrease within the year after you file this form?
    ■ No.
    ☐ Yes. Explain: _____

**Fill in this information to identify your case:**

Debtor 1: Amy Elizabeth Barnes

Debtor 2 (Spouse, if filing):

United States Bankruptcy Court for the: NORTHERN DISTRICT OF GEORGIA

Case number (If known): 16-62019

Check if this is:
■ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:
MM / DD / YYYY

Official Form 106J
# Schedule J: Your Expenses
12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Your Household

1. Is this a joint case?

   ■ No. Go to line 2.
   ☐ Yes. Does Debtor 2 live in a separate household?
      ☐ No
      ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. Do you have dependents?    ■ No

   Do not list Debtor 1 and Debtor 2.    ☐ Yes    Fill out this information for each dependent...........

   Do not state the dependents names.

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | | | ☐ No ☐ Yes |
   | | | ☐ No ☐ Yes |
   | | | ☐ No ☐ Yes |
   | | | ☐ No ☐ Yes |

3. Do your expenses include expenses of people other than yourself and your dependents?    ■ No    ☐ Yes

## Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

**Your expenses**

4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot.    4. $ 412.25

   If not included in line 4:

   4a. Real estate taxes    4a. $ 0.00
   4b. Property, homeowner's, or renter's insurance    4b. $ 0.00
   4c. Home maintenance, repair, and upkeep expenses    4c. $ 50.00
   4d. Homeowner's association or condominium dues    4d. $ 0.00
5. Additional mortgage payments for your residence, such as home equity loans    5. $ 0.00

Official Form 106J                    Schedule J: Your Expenses                    page 1

Debtor 1  Amy Elizabeth Barnes                                   Case number (if known)   16-62019

6. Utilities:
   - 6a. Electricity, heat, natural gas — 6a. $ 110.00
   - 6b. Water, sewer, garbage collection — 6b. $ 12.00
   - 6c. Telephone, cell phone, Internet, satellite, and cable services — 6c. $ 135.00
   - 6d. Other. Specify: — 6d. $ 0.00
7. Food and housekeeping supplies — 7. $ 365.00
8. Childcare and children's education costs — 8. $ 0.00
9. Clothing, laundry, and dry cleaning — 9. $ 15.00
10. Personal care products and services — 10. $ 16.00
11. Medical and dental expenses — 11. $ 300.00
12. Transportation. Include gas, maintenance, bus or train fare. Do not include car payments. — 12. $ 400.00
13. Entertainment, clubs, recreation, newspapers, magazines, and books — 13. $ 0.00
14. Charitable contributions and religious donations — 14. $ 0.00
15. Insurance. Do not include insurance deducted from your pay or included in lines 4 or 20.
    - 15a. Life insurance — 15a. $ 0.00
    - 15b. Health insurance — 15b. $ 0.00
    - 15c. Vehicle insurance — 15c. $ 200.00
    - 15d. Other insurance. Specify: — 15d. $ 0.00
16. Taxes. Do not include taxes deducted from your pay or included in lines 4 or 20.
    Specify: tax escrow — 16. $ 50.00
17. Installment or lease payments:
    - 17a. Car payments for Vehicle 1 — 17a. $ 450.00
    - 17b. Car payments for Vehicle 2 — 17b. $ 0.00
    - 17c. Other. Specify: — 17c. $ 0.00
    - 17d. Other. Specify: — 17d. $ 0.00
18. Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I). — 18. $ 150.00
19. Other payments you make to support others who do not live with you. Specify: — 19. $ 0.00
20. Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.
    - 20a. Mortgages on other property — 20a. $ 0.00
    - 20b. Real estate taxes — 20b. $ 0.00
    - 20c. Property, homeowner's, or renter's insurance — 20c. $ 0.00
    - 20d. Maintenance, repair, and upkeep expenses — 20d. $ 0.00
    - 20e. Homeowner's association or condominium dues — 20e. $ 0.00
21. Other: Specify: Web site hosting — 21. +$ 20.00
    Xojo (software programming) — +$ 59.00
    Child visitation — +$ 280.00
    Business supplies — +$ 25.00

22. Calculate your monthly expenses
    - 22a. Add lines 4 through 21. — $ 3,049.25
    - 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 — $
    - 22c. Add line 22a and 22b. The result is your monthly expenses. — $ 3,049.25

23. Calculate your monthly net income.
    - 23a. Copy line 12 (your combined monthly income) from Schedule I. — 23a. $ 3,300.00
    - 23b. Copy your monthly expenses from line 22c above. — 23b. -$ 3,049.25
    - 23c. Subtract your monthly expenses from your monthly income. The result is your monthly net income. — 23c. $ 250.75

24. Do you expect an increase or decrease in your expenses within the year after you file this form?
    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?
    ■ No.
    ☐ Yes.  Explain here:

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Amy Elizabeth Barnes | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF GEORGIA

Case number  16-62019
(if known)

☒ Check if this is an amended filing

# Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1: Summarize Your Assets

**Your assets**
Value of what you own

1. **Schedule A/B: Property** (Official Form 106A/B)
   1a. Copy line 55, Total real estate, from Schedule A/B........................................................ $ 60,000.00

   1b. Copy line 62, Total personal property, from Schedule A/B.............................................. $ 18,650.00

   1c. Copy line 63, Total of all property on Schedule A/B....................................................... $ 78,650.00

### Part 2: Summarize Your Liabilities

**Your liabilities**
Amount you owe

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
   2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D*... $ 72,608.67

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
   3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*................ $ 900.00

   3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*............ $ 8,156.00

   **Your total liabilities** $ 81,664.67

### Part 3: Summarize Your Income and Expenses

4. *Schedule I: Your Income* (Official Form 106I)
   Copy your combined monthly income from line 12 of *Schedule I*............................................ $ 3,300.00

5. *Schedule J: Your Expenses* (Official Form 106J)
   Copy your monthly expenses from line 22c of *Schedule J*.................................................. $ 3,049.25

### Part 4: Answer These Questions for Administrative and Statistical Records

6. Are you filing for bankruptcy under Chapters 7, 11, or 13?
   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ☒ Yes

7. What kind of debt do you have?

   ☒ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Official Form 106Sum    Summary of Your Assets and Liabilities and Certain Statistical Information    page 1 of 2

Debtor 1  **Amy Elizabeth Barnes**  Case number *(if known)* **16-62019**

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR,** Form 122B Line 11; **OR,** Form 122C-1 Line 14.   $ **3,300.00**

9. Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 900.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ 1,890.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ 2,790.00 |

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Amy Elizabeth Barnes** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF GEORGIA | | |
| Case number (if known) | 16-62019 | | |

☒ Check if this is an amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules 12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☒ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X /s/ Amy Elizabeth Barnes                          X _____
**Amy Elizabeth Barnes**                               Signature of Debtor 2
Signature of Debtor 1

Date **October 18, 2016**                              Date

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:

AMY E. BARNES,  : CHAPTER 13
      :
   Debtor.  : CASE NO.: 16-62019-MGD
      :
      :

### CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the within and foregoing Amended Schedules I & J, Amended Summary of Schedules, Amended Statistical Summary and Amended Declaration of Debtor's Schedules in the above styled case by depositing same in the United States mail with the adequate postage affixed thereto to insure delivery addressed as follows:

Mary Ida Townson
Chapter 13 Trustee
190 Peachtree Street, N.E.
Suite 2200
Atlanta, GA 30303

Amy E. Barnes
886 Wanda Circle, SW
Marietta, GA  30008

SEE ATTACHED FOR ADDITIONAL CREDITORS

DATE: October 18, 2016

_____/s/_____
Howard Slomka
Georgia Bar # 652875
The Slomka Law Firm, P.C.
Attorney for Debtor
1069 Spring Street, NW
2nd Floor
Atlanta, GA 30309
Tel. (678)732-0001

```
Label Matrix for local noticing         American Infosource LP as agent for    Bankamerica
113E-1                                  First Data Global Leasing              450 American St
Case 16-62019-mgd                       PO Box 248838                          Simi Valley, CA 93065-6285
Northern District of Georgia            Oklahoma City, OK  73124-8838
Atlanta
Tue Oct 18 13:38:52 EDT 2016

Amy Elizabeth Barnes                    Brock & Scott, PLLC                    Capital One Auto Finan
186 Wanda Circle SW                     4360 Chamblee Dunwoody Road            3901 Dallas Pkwy
Marietta, GA 30008-4504                 Suite 310                              Plano, TX 75093-7864
                                        Atlanta, GA 30341-1056


Capital One Auto Finance,               Capital One Auto Finance, a division of Capi   (p)CAPITAL ONE
a division of Capital One, N.A.         c/o Ascension Capital Group                    PO BOX 30285
P.O. Box 201347                         P.O. Box 201347                                SALT LAKE CITY UT 84130-0285
Arlington, TX 76006-1347                Arlington, TX 76006-1347


Child Support Enforcement               Emory Medical Care Foundation          First Data
1000 Hurricane Shoals Road              PO Box 10244                           265 Broad Hollow R
Building A 100                          Atlanta, GA 30368-0001                 Melville, NY 11747-4833
Lawrenceville, GA 30043-4826


(p)GEORGIA DEPARTMENT OF REVENUE        Grady Memorial Hospital                Internal Revenue Service
COMPLIANCE DIVISION                     80 Jesse Hill Jr Dr SE                 PO Box 7346
ARCS BANKRUPTCY                         Atlanta, GA 30303-3050                 Philadelphia, PA 19101-7346
1800 CENTURY BLVD NE SUITE 9100
ATLANTA GA 30345-3202


Laura and William Barnes                Travis E. Menk                         Travis E. Menk
1710 Ashebark Lane                      Brock & Scott, PLLC                    Brock & Scott, PLLC
Marietta, GA 30068-1857                 5121 Parkway Plaza Blvd.               5121 Parkway Plaza Blvd., Suite 300
                                        Charlotte, NC 28217-1965               Charlotte, NC 28217-1965


Mohela/dept Of Ed                       Northside Anesthesiology Consu         One Advantage Llc
633 Spirit Dr                           1000 Johnson Ferry Rd NE               7715 Nw 48 St Ste 100
Chesterfield, MO 63005-1243             Atlanta, GA 30342-1606                 Doral, FL 33166-5455


Pay Pal Credit                          Publix Employees Fed C                 Publix Employees Federal Credit Union
PO Box 105658                           P O Box 1000                           PO Box 1000
Atlanta, GA 30348-5658                  Lakeland, FL 33802-1000                Lakeland, FL 33802-1000


(p)SCANA AND SUBSIDIARIES               Scana Energy Marketing                 Seterus, Inc.
220 OPERATION WAY                       3344 Peachtree Rd Ne Ste               Attn: Bankruptcy Dept.
MAIL CODE C 222                         Atlanta, GA 30326-4808                 PO Box 1047
CAYCE SC 29033-3701                                                            Hartford, CT 06143-1047


Howard P. Slomka                        State Collection Services              The Bortolazzo Group
Slomka Law Firm                         2509 South Soughton Road               PO Box 5518
2nd Floor                               Madison, WI 53716-3314                 Athens, GA 30604-5518
2069 Spring Street, NW
Atlanta, GA 30309-3817
```

```
Mary Ida Townson                                U. S. Attorney                          Wellstar Cobb Hospital
Chapter 13 Trustee                              600 Richard B. Russell Bldg.            3950 Austell Road
Suite 2200                                      75 Ted Turner Drive, SW                 Austell, GA 30106-1121
191 Peachtree Street, NE                        Atlanta GA 30303-3315
Atlanta, GA 30303-1770
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Capital One Bank Usa N                          Georgia Department of Revenue           SCANA Energy Marketing, Inc. dba SCANA Ener
15000 Capital One Dr                            1800 Century Blvd                       220 Operation Way, MC 222
Richmond, VA 23238                              Suite 17200                             Cayce, SC 29033
                                                Atlanta, GA 30345
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Federal National Mortgage Association        (u)Seterus, Inc. as servicer for Federal Nati      End of Label Matrix
                                                                                                   Mailable recipients    32
                                                                                                   Bypassed recipients     2
                                                                                                   Total                  34
```