**UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

IN RE:

AMY E. BARNES     :     CHAPTER 13
                                  :
Debtor.     :     CASE NO.: 16-62019-MGD

**POST CONFIRMATION MODIFICATION OF PLAN
AND REQUEST FOR APPROVAL**

Debtor proposes to modify the confirmed Chapter 13 plan in this case as set forth below and to cure term requests that this modification be approved.

**MODIFICATION OF PLAN**

Debtor hereby modifies the Chapter 13 Plan, which was confirmed by order of this Court on November 15, 2016, as follows:

1. Debtor hereby modifies Paragraph 2 of the Plan as follows:

"**Plan Payments and Length of Plan**. Debtor will pay the sum of **$475.00 Monthly** to Trustee by ☒ Payroll Deduction(s) or by ☐ Direct Payment(s) for the applicable commitment period of **36** months, unless all allowed claims in every class, other than long-term claims, are paid in full in a shorter period of time. The term of this Plan shall not exceed sixty (60) months. *See* 11 U.S.C. §§ 1325(b)(1)(B) and 1325(b)(4). Each pre-confirmation plan payment shall be reduced by any pre-confirmation adequate protection payment(s) made pursuant to Plan paragraph 6(A)(i) and § 1326(a)(1)(C).

The following alternative provision will apply if selected:

☐ IF CHECKED, Plan payments will increase by $_____ in _____ upon completion or termination of _____."

2. This plan modification increases the Chapter 13 Plan Payment from $250.00 to $475.00 in order to cure the term issue.

Respectfully submitted this 4th day of December, 2017.

                                                  /s/
                                    Howard Slomka
                                    Georgia Bar # 652875
                                    Slipakoff and Slomka, P.C.
                                    Attorney for Debtor
                                    Overlook III
                                    2859 Paces Ferry Rd, SE
                                    Suite 1700
                                    Atlanta, GA 30339

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:

AMY E. BARNES                           :        CHAPTER 13
                                        :
          Debtor.                       :        CASE NO.: 16-62019-MGD

### NOTICE OF FILING OF MODIFICATION OF CONFIRMED PLAN, DEADLINE FOR FILING WRITTEN OBJECTIONS AND HEARING DATE AND TIME IF OBJECTION IS TIMELY FILED

**To: Creditors and Other Parties in Interest**

**PLEASE TAKE NOTICE** Debtors have filed and served on you a proposed modification to the confirmed Plan in this case. Pursuant to rule 3015(g) of the federal Rules of Bankruptcy Procedure, any creditor or other party in interest opposing this proposed Modification must file that objection in writing with the Court on or before the following deadline.

**DEADLINE FOR FILING OBJECTION:** Twenty-four (24) days after the date on which this proposed Modification was filed on: December 28, 2017. If the twenty-fourth day after the date of filing falls on a weekend or holiday, the deadline is extended to the next business day.

**PLACE OF FILING: Clerk, U.S. Bankruptcy Court, Room 1340, Richard B. Russell Building, 75 Ted Turner Drive SW, Atlanta, Georgia 30303.**

If you mail an objection to the court for filing, you must mail it early enough so the Court will receive it on or before the deadline stated above.

You must also serve a copy on the undersigned at the address stated below and on Debtors at:

Amy E. Barnes
886 Wanda Circle, SW
Marietta, GA 30008

**PLEASE TAKE FURTHER NOTICE** that if an objection to the proposed Modification is timely filed, the Court will hold a hearing on the Modification in Courtroom 1201, Richard B. Russell Building, 75 Ted Turner Drive SW, Atlanta, Georgia 30303 at 9:50 A.M. on January 3, 2018.

Respectfully submitted this 4th day of December, 2017.

/s/
Howard Slomka
Georgia Bar # 652875
Slipakoff and Slomka, P.C.
Attorney for Debtor
Overlook III
2859 Paces Ferry Rd, SE
Suite 1700
Atlanta, GA 30339
Tel. (404)800-4001

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:

AMY E. BARNES              :    CHAPTER 13
                           :
    Debtor.               :    CASE NO.: 16-62019-MGD

**DECLARATION UNDER PENALTY OF PERJURY**

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

                                      /s/_____
                                      AMY E. BARNES

This 4th day of December, 2017

Penalty of making false statement or concealing property:
Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. '152 and '3571.

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:

AMY E. BARNES : CHAPTER 13
:
      Debtor. : CASE NO.: 16-62019-MGD

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served a copy of the within and foregoing Modification of Confirmed Plan, in the above styled case by depositing same in the United States mail with the adequate postage affixed thereto to insure delivery addressed as follows:

Mary Ida Townson (served via ECF)
Chapter 13 Trustee
190 Peachtree Street, N.E.
Suite 2200
Atlanta, GA 30303

Amy E. Barnes
886 Wanda Circle, SW
Marietta, GA  30008

SEE ATTACHED FOR A LIST OF ADDITIONAL CREDITORS

DATE: December 4, 2017

_____/s/_____
Howard Slomka
Georgia Bar # 652875
Slipakoff and Slomka, P.C.
Attorney for Debtor
Overlook III
2859 Paces Ferry Rd, SE
Suite 1700
Atlanta, GA 30339
Tel. (404)800-4001

```
Label Matrix for local noticing          BSI Financial Services              Capital One Auto Finance, a division of Capi
113E-1                                   Karin Murphy                        c/o Ascension Capital Group
Case 16-62019-mgd                        Suite 400                           P.O. Box 201347
Northern District of Georgia             1425 Greenway Drive                 Arlington, TX 76006-1347
Atlanta                                  Irving, TX 75038-2480
Mon Dec  4 11:44:10 EST 2017

American InfoSource LP as agent for      Bankamerica                         Brock & Scott, PLLC
First Data Global Leasing                450 American St                     4360 Chamblee Dunwoody Road
PO Box 248838                            Simi Valley, CA 93065-6285          Suite 310
Oklahoma City, OK  73124-8838                                                Atlanta, GA 30341-1056


Capital One Auto Finan                   Capital One Auto Finance,           (p)CAPITAL ONE
3901 Dallas Pkwy                         a division of Capital One, N.A.     PO BOX 30285
Plano, TX 75093-7864                     P.O. Box 201347                     SALT LAKE CITY UT 84130-0285
                                         Arlington, TX 76006-1347


Child Support Enforcement                Emory Medical Care Foundation       Federal National Mortgage Association
1000 Hurricane Shoals Road               PO Box 10244                        Seterus, Inc
Building A 100                           Atlanta, GA 30368-0001              PO Box 1047
Lawrenceville, GA 30043-4826                                                 Hartford, CT 06143-1047


First Data                               (p)GEORGIA DEPARTMENT OF REVENUE    Grady Memorial Hospital
265 Broad Hollow R                       COMPLIANCE DIVISION                 80 Jesse Hill Jr Dr SE
Melville, NY 11747-4833                  ARCS BANKRUPTCY                     Atlanta, GA 30303-3050
                                         1800 CENTURY BLVD NE SUITE 9100
                                         ATLANTA GA 30345-3202


Internal Revenue Service                 Laura and William Barnes            Mohela/dept Of Ed
PO Box 7346                              1710 Ashebark Lane                  633 Spirit Dr
Philadelphia, PA 19101-7346              Marietta, GA 30068-1857             Chesterfield, MO 63005-1243


Northside Anesthesiology Consu           One Advantage Llc                   Pay Pal Credit
1000 Johnson Ferry Rd NE                 7715 Nw 48 St Ste 100               PO Box 105658
Atlanta, GA 30342-1606                   Doral, FL 33166-5455                Atlanta, GA 30348-5658


Publix Employees Fed C                   Publix Employees Federal Credit Union   (p)SCANA AND SUBSIDIARIES
P O Box 1000                             PO Box 1000                         220 OPERATION WAY
Lakeland, FL 33802-1000                  Lakeland, FL 33802-1000             MAIL CODE C 222
                                                                             CAYCE SC 29033-3701


Scana Energy Marketing                   Seterus, Inc.                       State Collection Services
3344 Peachtree Rd Ne Ste                 Attn: Bankruptcy Dept.              2509 South Soughton Road
Atlanta, GA 30326-4808                   PO Box 1047                         Madison, WI 53716-3314
                                         Hartford, CT 06143-1047


The Bortolazzo Group                     U. S. Attorney                      US Bank Trust N.A., as trustee
PO Box 5518                              600 Richard B. Russell Bldg.        C/O BSI Financial Services
Athens, GA 30604-5518                    75 Ted Turner Drive, SW             1425 Greenway Drive, Ste 400
                                         Atlanta GA 30303-3315               Irving, TX 75038-2480
```

US Dept of Education/MOHELA
633 Spirit Dr
Chesterfield MO 63005-1243

Wellstar Cobb Hospital
3950 Austell Road
Austell, GA 30106-1121

Amy Elizabeth Barnes
886 Wanda Circle SW
Marietta, GA 30008-4504

Howard P. Slomka
Slipakoff & Slomka, PC
Overlook III - Suite 1700
2859 Paces Ferry Rd, SE
Atlanta, GA 30339-6213

Mary Ida Townson
Chapter 13 Trustee
Suite 2200
191 Peachtree Street, NE
Atlanta, GA 30303-1770

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Capital One Bank Usa N
15000 Capital One Dr
Richmond, VA 23238

Georgia Department of Revenue
1800 Century Blvd
Suite 17200
Atlanta, GA 30345

SCANA Energy Marketing, Inc. dba SCANA Energ
220 Operation Way, MC 222
Cayce, SC 29033

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Bungalow Series F REO, LLC

(u)Federal National Mortgage Association

(u)Seterus, Inc. as servicer for Federal Nati

(u)US Bank Trust N.A.

End of Label Matrix
Mailable recipients    34
Bypassed recipients     4
Total                  38