# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

IN RE:

AMY E. BARNES,   :   CHAPTER 13
                 :
    Debtor.      :   CASE NO.: 16-62019-MGD
                 :
                 :

## COVER SHEET FOR AMENDMENT SCHEDULE J

Schedule J has been amended to reflect household monthly expenses

Also included with this amendment are the Amended Summary of Schedules, Amended Statistical Summary and Declaration of Schedules.

DATE: January 2, 2018

_____/s/_____
Howard Slomka
Georgia Bar # 652875
Slipakoff & Slomka, P.C.
Attorney for Debtor
2859 Paces Ferry Rd, SE
Suite 1700
Atlanta, GA 30339

**Fill in this information to identify your case:**

Debtor 1: Amy Elizabeth Barnes

Debtor 2 (Spouse, if filing):

United States Bankruptcy Court for the: NORTHERN DISTRICT OF GEORGIA

Case number (If known): 16-62019

Check if this is:
- ☑ An amended filing
- ☐ A supplement showing postpetition chapter 13 expenses as of the following date:
  MM / DD / YYYY

## Official Form 106J
## Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Your Household

1. **Is this a joint case?**
   - ☑ No. Go to line 2.
   - ☐ Yes. Does Debtor 2 live in a separate household?
     - ☐ No
     - ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?** ☑ No
   
   Do not list Debtor 1 and Debtor 2.
   ☐ Yes. Fill out this information for each dependent..............
   
   Do not state the dependents names.

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | | | ☐ No ☐ Yes |
   | | | ☐ No ☐ Yes |
   | | | ☐ No ☐ Yes |
   | | | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**
   - ☑ No
   - ☐ Yes

### Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

**Your expenses**

4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot.      4. $ 412.25

   If not included in line 4:
   - 4a. Real estate taxes      4a. $ 0.00
   - 4b. Property, homeowner's, or renter's insurance      4b. $ 0.00
   - 4c. Home maintenance, repair, and upkeep expenses      4c. $ 20.00
   - 4d. Homeowner's association or condominium dues      4d. $ 0.00

5. Additional mortgage payments for your residence, such as home equity loans      5. $ 0.00

Debtor 1  Amy Elizabeth Barnes                              Case number (if known)  16-62019

6. Utilities:
   - 6a. Electricity, heat, natural gas — 6a. $ 110.00
   - 6b. Water, sewer, garbage collection — 6b. $ 12.00
   - 6c. Telephone, cell phone, Internet, satellite, and cable services — 6c. $ 135.00
   - 6d. Other. Specify: _____ — 6d. $ 0.00
7. Food and housekeeping supplies — 7. $ 225.00
8. Childcare and children's education costs — 8. $ 0.00
9. Clothing, laundry, and dry cleaning — 9. $ 15.00
10. Personal care products and services — 10. $ 16.00
11. Medical and dental expenses — 11. $ 300.00
12. Transportation. Include gas, maintenance, bus or train fare.
    Do not include car payments. — 12. $ 345.00
13. Entertainment, clubs, recreation, newspapers, magazines, and books — 13. $ 0.00
14. Charitable contributions and religious donations — 14. $ 0.00
15. Insurance.
    Do not include insurance deducted from your pay or included in lines 4 or 20.
    - 15a. Life insurance — 15a. $ 0.00
    - 15b. Health insurance — 15b. $ 0.00
    - 15c. Vehicle insurance — 15c. $ 200.00
    - 15d. Other insurance. Specify: _____ — 15d. $ 0.00
16. Taxes. Do not include taxes deducted from your pay or included in lines 4 or 20.
    Specify: **tax escrow** — 16. $ 50.00
17. Installment or lease payments:
    - 17a. Car payments for Vehicle 1 — 17a. $ 450.00
    - 17b. Car payments for Vehicle 2 — 17b. $ 0.00
    - 17c. Other. Specify: _____ — 17c. $ 0.00
    - 17d. Other. Specify: _____ — 17d. $ 0.00
18. Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I). — 18. $ 150.00
19. Other payments you make to support others who do not live with you.
    Specify: _____ — 19. $ 0.00
20. Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.
    - 20a. Mortgages on other property — 20a. $ 0.00
    - 20b. Real estate taxes — 20b. $ 0.00
    - 20c. Property, homeowner's, or renter's insurance — 20c. $ 0.00
    - 20d. Maintenance, repair, and upkeep expenses — 20d. $ 0.00
    - 20e. Homeowner's association or condominium dues — 20e. $ 0.00
21. Other: Specify: **Web site hosting** — 21. +$ 20.00
    **Xojo (software programming)** — +$ 59.00
    **Child visitation** — +$ 280.00
    **Business supplies** — +$ 25.00
22. Calculate your monthly expenses
    - 22a. Add lines 4 through 21. — $ 2,824.25
    - 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 — $
    - 22c. Add line 22a and 22b. The result is your monthly expenses. — $ 2,824.25
23. Calculate your monthly net income.
    - 23a. Copy line 12 (your combined monthly income) from Schedule I. — 23a. $ 3,300.00
    - 23b. Copy your monthly expenses from line 22c above. — 23b. -$ 2,824.25
    - 23c. Subtract your monthly expenses from your monthly income.
      The result is your monthly net income. — 23c. $ 475.75
24. Do you expect an increase or decrease in your expenses within the year after you file this form?
    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?
    ☒ No.
    ☐ Yes.  Explain here: _____

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Amy Elizabeth Barnes** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF GEORGIA | | |
| Case number (if known) | 16-62019 | | |

☒ Check if this is an amended filing

# Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1: Summarize Your Assets

**Your assets**
Value of what you own

1. **Schedule A/B: Property** (Official Form 106A/B)
   1a. Copy line 55, Total real estate, from Schedule A/B................................................................... $ 60,000.00

   1b. Copy line 62, Total personal property, from Schedule A/B......................................................... $ 18,650.00

   1c. Copy line 63, Total of all property on Schedule A/B.................................................................. $ 78,650.00

### Part 2: Summarize Your Liabilities

**Your liabilities**
Amount you owe

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
   2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D*... $ 72,608.67

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
   3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*................. $ 900.00

   3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*............. $ 8,156.00

   **Your total liabilities** $ 81,664.67

### Part 3: Summarize Your Income and Expenses

4. *Schedule I: Your Income* (Official Form 106I)
   Copy your combined monthly income from line 12 of *Schedule I*........................................... $ 3,300.00

5. *Schedule J: Your Expenses* (Official Form 106J)
   Copy your monthly expenses from line 22c of *Schedule J*................................................... $ 2,824.25

### Part 4: Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**
   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ☒ Yes

7. **What kind of debt do you have?**

   ☒ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Official Form 106Sum    Summary of Your Assets and Liabilities and Certain Statistical Information    page 1 of 2

Debtor 1  Amy Elizabeth Barnes                                      Case number *(if known)* 16-62019

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.    $ 3,300.00

9. Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 900.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ 1,890.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ 2,790.00 |

Official Form 106Sum    Summary of Your Assets and Liabilities and Certain Statistical Information    page 2 of 2

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Fill in this information to identify your case:**

Debtor 1: **Amy Elizabeth Barnes**
First Name   Middle Name   Last Name

Debtor 2:
(Spouse if, filing)   First Name   Middle Name   Last Name

United States Bankruptcy Court for the: NORTHERN DISTRICT OF GEORGIA

Case number (if known): **16-62019**

☒ Check if this is an amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules   12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☒ No

☐ Yes. Name of person _____   Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X **/s/ Amy Elizabeth Barnes**          X _____
**Amy Elizabeth Barnes**                      Signature of Debtor 2
Signature of Debtor 1

Date **January 2, 2018**                     Date _____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:

AMY E. BARNES,  :  CHAPTER 13
 :
    Debtor.  :  CASE NO.: 16-62019-MGD
 :
 :

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served a copy of the within and foregoing Amended Schedule J, Amended Summary of Schedules, Amended Statistical Summary and Amended Declaration of Debtor's Schedules in the above styled case by depositing same in the United States mail with the adequate postage affixed thereto to insure delivery addressed as follows:

Mary Ida Townson (served via ECF)
Chapter 13 Trustee
190 Peachtree Street, N.E.
Suite 2200
Atlanta, GA 30303

Amy E. Barnes
886 Wanda Circle, SW
Marietta, GA  30008

SEE ATTACHED FOR ADDITIONAL CREDITORS

DATE: January 2, 2018

_____/s/_____
Howard Slomka
Georgia Bar # 652875
Slipakoff & Slomka, P.C.
Attorney for Debtor
2859 Paces Ferry Rd, SE
Suite 1700
Atlanta, GA 30339

```
Label Matrix for local noticing          American InfoSource LP as agent for      BSI Financial Services
113E-1                                   First Data Global Leasing                Karin Murphy
Case 16-62019-mgd                        PO Box 248838                            Suite 400
Northern District of Georgia             Oklahoma City, OK  73124-8838            1425 Greenway Drive
Atlanta                                                                           Irving, TX 75038-2480
Tue Jan  2 09:22:51 EST 2018

Bankamerica                              Amy Elizabeth Barnes                     Brock & Scott, PLLC
450 American St                          886 Wanda Circle SW                      4360 Chamblee Dunwoody Road
Simi Valley, CA 93065-6285               Marietta, GA 30008-4504                  Suite 310
                                                                                  Atlanta, GA 30341-1056


Capital One Auto Finan                   Capital One Auto Finance                 Capital One Auto Finance c/o AIS
3901 Dallas Pkwy                         4515 N Santa Fe Ave. Dept. APS           Portfolio Services, LP f/k/a AIS Data
Plano, TX 75093-7864                     Oklahoma City, OK 73118-7901             Services d/b/a/ Ascension Capital Group
                                                                                  4515 N Santa Fe Ave. Dept. APS
                                                                                  Oklahoma City, OK 73118-7901


Capital One Auto Finance, a division of Capi    (p)CAPITAL ONE                    Child Support Enforcement
4515 N Santa Fe Ave. Dept. APS                  PO BOX 30285                      1000 Hurricane Shoals Road
Oklahoma City, OK 73118-7901                    SALT LAKE CITY UT 84130-0285      Building A 100
                                                                                  Lawrenceville, GA 30043-4826


Emory Medical Care Foundation            Federal National Mortgage Association    First Data
PO Box 10244                             Seterus, Inc                             265 Broad Hollow R
Atlanta, GA 30368-0001                   PO Box 1047                              Melville, NY 11747-4833
                                         Hartford, CT 06143-1047


(p)GEORGIA DEPARTMENT OF REVENUE         Michelle Rene Ghidotti-Gonsalves         Grady Memorial Hospital
COMPLIANCE DIVISION                      The Law Offices of Michelle Ghidotti     80 Jesse Hill Jr Dr SE
ARCS BANKRUPTCY                          1920 Old Tustin Ave.                     Atlanta, GA 30303-3050
1800 CENTURY BLVD NE SUITE 9100          Santa Ana, CA 92705-7811
ATLANTA GA 30345-3202


Internal Revenue Service                 Laura and William Barnes                 Travis E. Menk
PO Box 7346                              1710 Ashebark Lane                       Brock & Scott, PLLC
Philadelphia, PA 19101-7346              Marietta, GA 30068-1857                  Suite 150
                                                                                  8757 Red Oak Blvd.
                                                                                  Charlotte, NC 28217-3977


Mohela/dept Of Ed                        Northside Anesthesiology Consu           One Advantage Llc
633 Spirit Dr                            1000 Johnson Ferry Rd NE                 7715 Nw 48 St Ste 100
Chesterfield, MO 63005-1243              Atlanta, GA 30342-1606                   Doral, FL 33166-5455


Pay Pal Credit                           Publix Employees Fed C                   Publix Employees Federal Credit Union
PO Box 105658                            P O Box 1000                             PO Box 1000
Atlanta, GA 30348-5658                   Lakeland, FL 33802-1000                  Lakeland, FL 33802-1000


Philip L. Rubin                          (p)SCANA AND SUBSIDIARIES                K. Edward Safir
Lefkoff, Rubin. Gleason & Russo          220 OPERATION WAY                        Mary Ida Townson
Suite 900                                MAIL CODE C 222                          Suite 2200
5555 Glenridge Connector                 CAYCE SC 29033-3701                      191 Peachtree Street, NE
Atlanta, GA 30342-4762                                                            Atlanta, GA 30303-1770
```

```
Scana Energy Marketing              Seterus, Inc.                      Howard P. Slomka
3344 Peachtree Rd Ne Ste            Attn: Bankruptcy Dept.             Slipakoff & Slomka, PC
Atlanta, GA 30326-4808              PO Box 1047                        Overlook III - Suite 1700
                                    Hartford, CT 06143-1047            2859 Paces Ferry Rd, SE
                                                                       Atlanta, GA 30339-6213


State Collection Services           The Bortolazzo Group               Mary Ida Townson
2509 South Soughton Road            PO Box 5518                        Chapter 13 Trustee
Madison, WI 53716-3314              Athens, GA 30604-5518              Suite 2200
                                                                       191 Peachtree Street, NE
                                                                       Atlanta, GA 30303-1770


U. S. Attorney                      US Bank Trust N.A., as trustee     US Dept of Education/MOHELA
600 Richard B. Russell Bldg.        C/O BSI Financial Services         633 Spirit Dr
75 Ted Turner Drive, SW             1425 Greenway Drive, Ste 400       Chesterfield MO 63005-1243
Atlanta GA 30303-3315               Irving, TX 75038-2480


Mallory Velten                      Wellstar Cobb Hospital
Brock & Scott, PLLC                 3950 Austell  Road
4360 Chamblee Dunwoody Road         Austell, GA 30106-1121
Suite 310
Atlanta, GA 30341-1056
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Capital One Bank Usa N              Georgia Department of Revenue      SCANA Energy Marketing, Inc. dba SCANA Energ
15000 Capital One Dr                1800 Century Blvd                  220 Operation Way, MC 222
Richmond, VA 23238                  Suite 17200                        Cayce, SC 29033
                                    Atlanta, GA 30345
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Bungalow Series F REO, LLC       (u)Federal National Mortgage Association   (u)Seterus, Inc. as servicer for Federal Nati



(u)US Bank Trust N.A.               End of Label Matrix
                                    Mailable recipients    40
                                    Bypassed recipients     4
                                    Total                  44
```