**IT IS ORDERED as set forth below:**

**Date: June 19, 2018**

_____
**Barbara Ellis-Monro
U.S. Bankruptcy Court Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| | : | |
| AMY ELIZABETH BARNES, | : | CASE NO. 16-62019-BEM |
| | : | |
| Debtor. | : | |
| | : | |
| _____ | : | _____ |
| CAPITAL ONE AUTO FINANCE, A | : | |
| DIVISION OF CAPITAL ONE, N.A., | : | |
| | : | |
| Movant, | : | |
| | : | |
| v. | : | |
| | : | |
| AMY ELIZABETH BARNES, Debtor; | : | CONTESTED MATTER |
| and MARY IDA TOWNSON, Trustee, | : | |
| | : | |
| Respondents. | : | |
| | : | |

**ORDER**

This matter is before the Court pursuant to Movant's Delinquency Motion (Doc. 51) filed pursuant to its exercise of the default provisions of the Consent Order entered December

27, 2016 (Doc. No. 29). It appearing to the Court that Debtor is in default under the terms of the Consent Order entered December 27, 2016, and Movant having served a proper Delinquency Notice upon Debtor and counsel, and Debtor having failed to cure the delinquency, good cause having been shown for the relief requested, it is hereby ORDERED that:

1.

Movant is granted relief from the effect of the automatic stay and all orders in this case in any way restricting Movant to proceed to enforce its rights in accordance with non-bankruptcy law and the terms of the loan documents to recover and dispose of its Collateral, Debtor's 2016 Nissan Versa vehicle, to apply the net proceeds generated therefrom to its claim in this case with excess funds, if any, to be turned over to the Trustee. If the disposition results in a deficiency, Movant may amend its claim filed in this case, subject to objection.

**[END OF DOCUMENT]**

PREPARED and PRESENTED BY:
The Law Office of
LEFKOFF, RUBIN, GLEASON & RUSSO, P.C.
Attorneys for Movant


By:     /s/
    Philip L. Rubin
    Ga. State Bar No. 618525

5555 Glenridge Connector
Suite 900
Atlanta, Georgia  30342
(404) 869-6900

## DISTRIBUTION LIST

Philip L. Rubin, Esq.
5555 Glenridge Connector
Suite 900
Atlanta, Georgia 30342

Amy Elizabeth Barnes
886 Wanda Circle SW
Marietta, GA 30008

Howard P Slomka
Overlook III - Suite 1700
2859 Paces Ferry Rd, SE
Atlanta, GA 30339

Mary Ida Townson
Chapter 13 Trustee
191 Peachtree Street NE
Suite 2200
Atlanta, GA 30303