**IT IS ORDERED as set forth below:**

Date: June 19, 2018

_____

**Barbara Ellis-Monro**
**U.S. Bankruptcy Court Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| AMY ELIZABETH BARNES, | : | CASE NO. 16-62019-BEM |
| Debtor. | : | |
| ‾ ‾ ‾ ‾ ‾ ‾ ‾ ‾ ‾ ‾ ‾ ‾ ‾ | : | ‾ ‾ ‾ ‾ ‾ ‾ ‾ ‾ ‾ ‾ ‾ ‾ |
| CAPITAL ONE AUTO FINANCE, A DIVISION OF CAPITAL ONE, N.A., | : | |
| Movant, | : | |
| v. | : | |
| AMY ELIZABETH BARNES, Debtor; and MARY IDA TOWNSON, Trustee, | : | CONTESTED MATTER |
| Respondents. | : | |

## **ORDER**

This matter is before the Court pursuant to Movant's Delinquency Motion (Doc. 51)

filed pursuant to its exercise of the default provisions of the Consent Order entered December

27, 2016 (Doc. No. 29).  It appearing to the Court that Debtor is in default under the terms of the Consent Order entered December 27, 2016, and Movant having served a proper Delinquency Notice upon Debtor and counsel, and Debtor having failed to cure the delinquency, good cause having been shown for the relief requested, it is hereby ORDERED that:

1.

Movant is granted relief from the effect of the automatic stay and all orders in this case in any way restricting Movant to proceed to enforce its rights in accordance with non-bankruptcy law and the terms of the loan documents to recover and dispose of its Collateral, Debtor's 2016 Nissan Versa vehicle, to apply the net proceeds generated therefrom to its claim in this case with excess funds, if any, to be turned over to the Trustee. If the disposition results in a deficiency, Movant may amend its claim filed in this case, subject to objection.

**[END OF DOCUMENT]**


PREPARED and PRESENTED BY:
The Law Office of
LEFKOFF, RUBIN, GLEASON & RUSSO, P.C.
Attorneys for Movant


By:   /s/
   Philip L. Rubin
   Ga. State Bar No. 618525

5555 Glenridge Connector
Suite 900
Atlanta, Georgia  30342
(404) 869-6900

## DISTRIBUTION LIST

Philip L. Rubin, Esq.
5555 Glenridge Connector
Suite 900
Atlanta, Georgia 30342

Amy Elizabeth Barnes
886 Wanda Circle SW
Marietta, GA 30008

Howard P Slomka
Overlook III - Suite 1700
2859 Paces Ferry Rd, SE
Atlanta, GA 30339

Mary Ida Townson
Chapter 13 Trustee
191 Peachtree Street NE
Suite 2200
Atlanta, GA 30303

United States Bankruptcy Court
Northern District of Georgia

In re:                                                           Case No. 16-62019-bem
Amy Elizabeth Barnes                                             Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 113E-9          User: avilesj              Page 1 of 1              Date Rcvd: Jun 20, 2018
                              Form ID: pdf404            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 22, 2018.
db             +Amy Elizabeth Barnes,   886 Wanda Circle SW,   Marietta, GA 30008-4504

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 22, 2018                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 20, 2018 at the address(es) listed below:
              BSI Financial Services    prpbk@bsifinancial.com
              Howard P. Slomka    on behalf of Debtor Amy Elizabeth Barnes se@myatllaw.com,
               myecfcalendar@gmail.com;myatllaw@gmail.com;info@myatllaw.com;notices@nextchapterbk.com;SlomkaTR74878@notify.bestcase.com
              K. Edward Safir    on behalf of Trustee Mary Ida Townson courtdailysummary@atlch13tt.com
              Mallory Velten    on behalf of Creditor    Bungalow Series F REO, LLC
               mallory.velten@brockandscott.com,   gabkr@brockandscott.com;wbecf@brockandscott.com
              Mary Ida Townson    courtdailysummary@atlch13tt.com
              Michelle Rene Ghidotti-Gonsalves    on behalf of Creditor    US Bank Trust N.A.
               ecfnotifications@ghidottilaw.com
              Philip L. Rubin    on behalf of Creditor    Capital One Auto Finance, a division of Capital One NA
               prubin@lrglaw.com
              Travis E. Menk    on behalf of Creditor    Seterus, Inc. as servicer for Federal National Mortgage
               Association travis.menk@brockandscott.com,   gabkr@brockandscott.com;wbecf@brockandscott.com
              Travis E. Menk    on behalf of Creditor    Federal National Mortgage Association
               travis.menk@brockandscott.com,   gabkr@brockandscott.com;wbecf@brockandscott.com
                                                                                             TOTAL: 9