**IT IS ORDERED as set forth below:**

**Date: September 7, 2018**

_____

**Barbara Ellis-Monro
U.S. Bankruptcy Court Judge**

_____

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br><br>AMY ELIZABETH BARNES,<br>    Debtor | CASE NO: 16-62019-BEM<br><br>CHAPTER 13 |
| U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF BUNGALOW SERIES F TRUST,<br>    Movant<br><br>v.<br><br>AMY ELIZABETH BARNES,<br>    Debtor<br><br>MARY IDA TOWNSON,<br>    Trustee<br><br>    Respondents | CONTESTED MATTER |

**CONSENT ORDER RESOLVING MOTION FOR RELIEF FROM AUTOMATIC STAY**

On July 27, 2018, U.S. Bank Trust National Association, as Trustee of Bungalow Series

F Trust ("Movant") filed a Motion for Relief from Automatic Stay ("Motion") (Doc. No. 54) with respect to Debtor's real property located at 886 Wanda Circle Southwest, Marietta, GA 30008 (the "Property"). A hearing was set for August 29, 2018. The Debtor and Movant have agreed and consented to entry of this Order allowing the conditional relief from the automatic stay pursuant to the agreement of the parties as set forth below:

1. The Motion regarding the Property shall be denied, as the parties agree that the interest of Movant is adequately protected by their agreement on the facts and to payment and performance as more particularly set forth hereinafter:

2. The parties agree that the post-petition arrearage from April 2017 through August 2018 totals $9,585.97, including two payments of $457.81, fifteen payments of $509.29, filing fee of $181.00, and $850.00 in reasonable attorney fees.

3. Debtor shall make timely payments to Movant as follows: Debtor shall pay the sum of $2,000.00 on or before September 7, 2018. The remaining balance of $7,585.97 is to be paid in six (6) monthly payments, each in the amount of $1,264.33, which shall be due on the fifteenth of each month, beginning September 15, 2018. Debtor's regular monthly mortgage payments shall resume with the payment due September 1, 2018. Payments shall be paid to Movant's servicer:

> **BSI Financial Services**
> **PO Box 679002**
> **Dallas, TX 75267**

or to such other address as Movant, its successors and assigns, may notify Debtor and Debtor's Counsel in writing.

4. Otherwise, upon default by Debtor in the payment of any sum specified herein, or in any regular monthly mortgage payments which come due according to Movant's Note and Deed for a

period of twelve (12) months from the date of entry of this Order, Movant may be permitted to recover and dispose of the Collateral pursuant to applicable state law only after submitting a Default Motion (as more particularly described below) and the entry of an Order Modifying the Automatic Stay of 11 U.S.C. Section 362 in the following manner:

(A) Counsel for Movant shall serve both Debtor and Debtor's Counsel of record with written notice of the specific facts of the default (the Default Notice); said notice may be contained in a letter but shall

(1) state that Debtor may cure the default within ten (10) calendar days of receipt of said notice; and

(2) shall specifically provide the correct street address for mailing or delivering such payment;

Pursuant to this Order, Debtor shall be presumed to have received the Default Notice on the fifth (5th) calendar day following the mailing of said notice by Counsel for Movant; provided, however, that

(a) The Default Notice is properly addressed to Debtor at the address set forth on the Distribution List attached to this Order pursuant to BLR 9013-2(b)NDGA, unless Movant or Counsel for Movant receives notice in writing of a change in Debtor's address within a reasonable time prior to mailing of the Default Notice; and

(b) The Default Notice is not returned to Counsel for Movant by the U.S. Postal Service as undeliverable by reason of improper address.

(B) If Debtor fails to cure the default within 10 days of receipt of said written notice, Counsel for Movant may present to the Court, after service on Debtor, Debtor's

Counsel and Trustee:

(1) a Motion, which must contain allegations of the specific facts of default; provided, however that instead of alleging facts of the default in the motion (the averments of which are subject to Rule 9011), the Motion may be accompanied by an Affidavit from Movant setting forth the specific facts of the default;

(2) a copy of the Default Notice; and

(3) a proposed order (the motion, copy of the Default Notice and the proposed order are herein collectively referred to as the "Default Motion").

Upon presentation of said Default Motion, the Court may enter an order modifying the automatic stay as to the property, without further notice or hearing.

From the foregoing stipulations and agreements, it is hereby

**ORDERED** that the parties' agreement set forth above is ***approved;*** moreover, if the stay is modified, then upon the completion of any foreclosure sale, any funds in excess of the lawful Claim of Movant shall be promptly remitted to Trustee for the benefit of the Estate. It is further

**ORDERED** that in the event Movant files a Default Motion for Relief, upon entry of an order lifting the stay, the Trustee shall cease funding Movant's proof of claim.

A copy of this Order shall be mailed to the persons on the Distribution List attached hereto.

[END OF DOCUMENT]

Prepared and presented by:

/s/ Mallory Velten
Mallory Velten (GA Bar No. 726971)
Attorney for Movant
Brock & Scott, PLLC
4360 Chamblee Dunwoody Rd. Suite 310
Atlanta, GA 30341
404-789-2661
gabkr@brockandscott.com


Consented to:

 /s/ Howard P. Slomka     *(express permission received)*
Howard P. Slomka (GA Bar No. 652875)
Attorney for the Debtor
Slipakoff & Slomka, PC
Overlook III – Suite 1700
2859 Paces Ferry Rd, SE
Atlanta, GA 30339


No Opposition:

 /s/ Sonya M. Buckley     *(express permission received)*
Sonya M. Buckley (GA Bar No. 140987)
Attorney for Chapter 13 Trustee
191 Peachtree Street, NE, Suite 2200
Atlanta, GA 30303-1740

## DISTRIBUTION LIST

Amy Elizabeth Barnes
886 Wanda Circle SW
Marietta, GA 30008

Howard P. Slomka
Overlook III – Suite 1700
2859 Paces Ferry Rd, SE
Atlanta, GA 30339

Mary Ida Townson
191 Peachtree Street, NE, Suite 2200
Atlanta, GA 30303-1740

Mallory Velten
Brock & Scott, PLLC
4360 Chamblee Dunwoody Rd. Suite 310
Atlanta, GA 30341