# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| AMY E. BARNES | ) | CASE NO.: 16-62019-BEM |
| | ) | |
| DEBTOR. | ) | |

## APPLICATION FOR COMPENSATION

COMES NOW Slipakoff & Slomka, PC, counsel of record for AMY E. BARNES, Debtor in the above-styled case, files this Application for Compensation and respectfully presents the following:

1

Pursuant to Paragraph 4(B) in the Chapter 13 Plan confirmed on November 15, 2016, Slipakoff & Slomka, PC, ("Slomka") is entitled to additional compensation, over and above the base fee of $4,550.00, for specific services agreed to by Debtor and rendered on behalf of Debtor, as listed in Paragraph 6 of Debtor's "Disclosure of Compensation of Attorney for Debtor" (the "Disclosure Statement") filed in this case.

2

The basis for this application is (i) Slomka addressed a Motion for Relief from Automatic Stay filed by BSI Financial Services on July 27, 2018 (Doc. No. 54) (the "MFR") which was resolved by Consent Order entered on September 10, 2018 (Doc. No. 56). Pursuant to the Disclosure Statement, Slomka is eligible to receive fees of $500.00 for the MFR. Slomka is applying for the agreed upon fees of $500.00 for the MFR, for a total fee application of $500.00.

3

Slomka is applying to the Bankruptcy Court for the allowance and payment of the above-stated fee as set forth in the Disclosure Statement filed in this case and Paragraph 4(B) of the Debtor's confirmed Chapter 13 Plan.

WHEREFORE, Slomka prays for an order granting its Application for Compensation as set forth above for the amount of $500.00

Respectfully Submitted:

____/s/____
Howard P. Slomka
Georgia Bar #652875
Attorney for the Debtor
Slipakoff & Slomka, PC
Overlook III
2859 Paces Ferry Rd, SE
Suite 1700
Atlanta, GA 30339

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| AMY E. BARNES | ) | CASE NO.: 16-62019-BEM |
| | ) | |
| DEBTOR. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, I served a copy of the foregoing Application for Compensation, filed in this Bankruptcy Case, upon the following, by depositing a copy of the same in the United States Mail with sufficient postage affixed thereon to ensure delivery to:

Mary Ida Townson (served via ECF)
Chapter 13 Trustee
190 Peachtree Street, N.E.
Suite 2200
Atlanta, GA 30303

Amy E. Barnes
886 Wanda Circle, SW
Marietta, GA  30008


SEE ATTACHED FOR ADDITIONAL CREDITORS

On this the 11th day of September, 2018

\_\_\_\_/s/_____
Howard P. Slomka
Georgia Bar #652875
Attorney for the Debtor
Slipakoff & Slomka, PC
Overlook III
2859 Paces Ferry Rd, SE
Suite 1700
Atlanta, GA 30339

```
Label Matrix for local noticing          American InfoSource LP as agent for      BSI Financial Services
113E-1                                   First Data Global Leasing                Karin Murphy
Case 16-62019-bem                        PO Box 248838                            Suite 400
Northern District of Georgia             Oklahoma City, OK  73124-8838            1425 Greenway Drive
Atlanta                                                                           Irving, TX 75038-2480
Tue Sep 11 12:41:39 EDT 2018

Bankamerica                              Amy Elizabeth Barnes                     Brock & Scott, PLLC
450 American St                          886 Wanda Circle SW                      4360 Chamblee Dunwoody Road
Simi Valley, CA 93065-6285               Marietta, GA 30008-4504                  Suite 310
                                                                                  Atlanta, GA 30341-1056

Capital One Auto Finan                   Capital One Auto Finance                 Capital One Auto Finance c/o AIS
3901 Dallas Pkwy                         4515 N Santa Fe Ave. Dept. APS           Portfolio Services, LP f/k/a AIS Data
Plano, TX 75093-7864                     Oklahoma City, OK 73118-7901             Services d/b/a/ Ascension Capital Group
                                                                                  4515 N Santa Fe Ave. Dept. APS
                                                                                  Oklahoma City, OK 73118-7901

Capital One Auto Finance, a division of Capi    (p)CAPITAL ONE                    Child Support Enforcement
4515 N Santa Fe Ave. Dept. APS           PO BOX 30285                             1000 Hurricane Shoals Road
Oklahoma City, OK 73118-7901             SALT LAKE CITY UT 84130-0285             Building A 100
                                                                                  Lawrenceville, GA 30043-4826

Emory Medical Care Foundation            Federal National Mortgage Association    First Data
PO Box 10244                             Seterus, Inc                             265 Broad Hollow R
Atlanta, GA 30368-0001                   PO Box 1047                              Melville, NY 11747-4833
                                         Hartford, CT 06143-1047

(p)GEORGIA DEPARTMENT OF REVENUE         Michelle Rene Ghidotti-Gonsalves         Grady Memorial Hospital
COMPLIANCE DIVISION                      The Law Offices of Michelle Ghidotti     80 Jesse Hill Jr Dr SE
ARCS BANKRUPTCY                          1920 Old Tustin Ave.                     Atlanta, GA 30303-3050
1800 CENTURY BLVD NE SUITE 9100          Santa Ana, CA 92705-7811
ATLANTA GA 30345-3202

Internal Revenue Service                 Laura and William Barnes                 Travis E. Menk
PO Box 7346                              1710 Ashebark Lane                       Brock & Scott, PLLC
Philadelphia, PA 19101-7346              Marietta, GA 30068-1857                  Suite 150
                                                                                  8757 Red Oak Blvd.
                                                                                  Charlotte, NC 28217-3977

Mohela/dept Of Ed                        Northside Anesthesiology Consu           One Advantage Llc
633 Spirit Dr                            1000 Johnson Ferry Rd NE                 7715 Nw 48 St Ste 100
Chesterfield, MO 63005-1243              Atlanta, GA 30342-1606                   Doral, FL 33166-5455

Pay Pal Credit                           Publix Employees Fed C                   Publix Employees Federal Credit Union
PO Box 105658                            P O Box 1000                             PO Box 1000
Atlanta, GA 30348-5658                   Lakeland, FL 33802-1000                  Lakeland, FL 33802-1000

Philip L. Rubin                          (p)SCANA AND SUBSIDIARIES                K. Edward Safir
Lefkoff, Rubin. Gleason & Russo          220 OPERATION WAY                        Mary Ida Townson
Suite 900                                MAIL CODE C 222                          Suite 2200
5555 Glenridge Connector                 CAYCE SC 29033-3701                      191 Peachtree Street, NE
Atlanta, GA 30342-4762                                                            Atlanta, GA 30303-1770
```

| | | |
|---|---|---|
| Scana Energy Marketing<br>3344 Peachtree Rd Ne Ste<br>Atlanta, GA 30326-4808 | Seterus, Inc.<br>Attn: Bankruptcy Dept.<br>PO Box 1047<br>Hartford, CT 06143-1047 | Howard P. Slomka<br>Slipakoff & Slomka, PC<br>Overlook III - Suite 1700<br>2859 Paces Ferry Rd, SE<br>Atlanta, GA 30339-6213 |
| State Collection Services<br>2509 South Soughton Road<br>Madison, WI 53716-3314 | The Bortolazzo Group<br>PO Box 5518<br>Athens, GA 30604-5518 | Mary Ida Townson<br>Chapter 13 Trustee<br>Suite 2200<br>191 Peachtree Street, NE<br>Atlanta, GA 30303-1770 |
| U. S. Attorney<br>600 Richard B. Russell Bldg.<br>75 Ted Turner Drive, SW<br>Atlanta GA 30303-3315 | US Bank Trust N.A., as trustee<br>C/O BSI Financial Services<br>1425 Greenway Drive, Ste 400<br>Irving, TX 75038-2480 | US Dept of Education/MOHELA<br>633 Spirit Dr<br>Chesterfield MO 63005-1243 |
| Mallory Velten<br>Brock & Scott, PLLC<br>4360 Chamblee Dunwoody Road<br>Suite 310<br>Atlanta, GA 30341-1056 | Wellstar Cobb Hospital<br>3950 Austell Road<br>Austell, GA 30106-1121 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Capital One Bank Usa N<br>15000 Capital One Dr<br>Richmond, VA 23238 | Georgia Department of Revenue<br>1800 Century Blvd<br>Suite 17200<br>Atlanta, GA 30345 | SCANA Energy Marketing, Inc. dba SCANA Energ<br>220 Operation Way, MC 222<br>Cayce, SC 29033 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Bungalow Series F REO, LLC | (u)Federal National Mortgage Association | (u)Seterus, Inc. as servicer for Federal Nati |
| (u)US Bank Trust N.A. | End of Label Matrix<br>Mailable recipients    40<br>Bypassed recipients     4<br>Total                   44 | |