

**IT IS ORDERED as set forth below:**

**Date: September 12, 2018**

_____
**Barbara Ellis-Monro**
**U.S. Bankruptcy Court Judge**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| AMY E. BARNES | ) | CASE NO.: 16-62019-BEM |
| | ) | |
| DEBTOR. | ) | |

**ORDER SETTING OBJECTION DEADLINE ON APPLICATION FOR COMPENSATION, SETTING HEARING IF OBJECTIONS ARE FILED, AND GRANTING APPLICATION IN THE ABSENCE OF FILED OBJECTIONS**

On September 11, 2018, Debtor's attorney ("Counsel") filed an Application for Compensation (the "Application") [Docket No. 57]. The Application seeks approval of additional compensation for services rendered, and/or expenses incurred. In the Application, Counsel asserts that it is entitled an additional $500.00 as compensation for addressing a Motion for Relief from Automatic Stay based on the attorney-client agreement signed by Debtor and the Disclosure of Compensation ("2016(b) Statement") filed on July 9, 2016 [Docket No. 1].

Upon review of the Application, the Rule 2016(b) Statement, and the docket in this case,

IT IS ORDERED that any objections to the Application must be filed with the Clerk of this Court and served on Counsel, the Chapter 13 Trustee, and the United States Trustee no later than twenty-one (21) days after entry of this Order and Notice (the "Objection Deadline");

IT IS FURTHER ORDERED that, if no objections are filed by the Objection Deadline, the attorney's fees and/or expenses requested in the Application shall be allowed as of the date of the Objection Deadline, subject to the provisions of General Order 22-2017, and the Chapter 13 Trustee shall pay such allowed fees pursuant to the confirmed plan in this case and the provisions of General Order 22-2017.

IT IS FURTHER ORDERED AND NOTICE IS HEREBY GIVEN that, if an objection is filed on or before the Objection Deadline, a hearing will be held on Courtroom 1201, Richard B. Russell Building, 75 Spring Street SW, Atlanta, Georgia 30303 at 11:00 A.M. on October 17, 2018.

The Clerk is DIRECTED to serve a copy of this Order upon Debtor(s), Counsel, the Chapter 13 Trustee, the United States Trustee, and all parties requesting notice in this case.

END OF DOCUMENT

Prepared by:

____/s/_____
Howard P. Slomka
Georgia Bar #652875
Attorney for the Debtor
Slipakoff & Slomka, PC
Overlook III

2859 Paces Ferry Rd, SE
Suite 1700
Atlanta, GA 30339