UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | ) CASE NO. 16-62019-BEM |
| | ) |
| AMY ELIZABETH BARNES, | ) CHAPTER 13 |
| | ) |
| Debtor. | ) |
| | ) |

**NOTICE OF APPEARANCE OF COUNSEL**

PLEASE TAKE NOTICE, that the undersigned hereby appears as counsel for U.S. Bank Trust N.A., as Trustee of Bungalow Series F Trust, c/o BSI Financial Services, Inc., its servicing agent, a secured creditor and party in interest, and hereby requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given to and served upon:

    Marc E. Ripps, Esq.
    P.O. Box 923533
    Norcross, Georgia 30010-3533
    (770) 448-5377
    Email:  meratl@aol.com

This 15th day of October, 2019.

Prepared By:

/s/ Marc E. Ripps
Marc E. Ripps
Georgia Bar No. 606515

P.O. Box 923533
Norcross, Georgia 30010-3533
(770) 448-5377
Email: meratl@aol.com

## CERTIFICATE OF SERVICE

This is to certify that I have served the following parties in this matter with a copy of the within and foregoing by, **unless otherwise noted**, depositing a true and correct copy in the U.S. Mail with sufficient postage affixed thereto and properly addressed as follows:

Mary Ida Townson, Esq.
Chapter 13 Trustee
Via Electronic Notice

Howard P. Slomka, Esq.
Attorney for Debtor
Via Electronic Notice

Amy Elizabeth Barnes
886 Wanda Circle, SW
Marietta, GA 30008

This 15th day of October, 2019.

/s/ Marc E. Ripps
Marc E. Ripps
Georgia Bar No. 606515

P. O. Box 923533
Norcross, GA  30010-3533
(770) 448-5377
Email: meratl@aol.com